IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| LISA VELASQUEZ OLIVAREZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | EP-14-CV-00436-FM |
| | § | |
| THE GEO GROUP INC., | § | |
| WARDEN RAUL TREVINO, | § | |
| WARDEN BRENT BEMENT, | § | |
| LUIS VALLADAREZ, and | § | |
| OFFICER FABIOLA CARRIZALES, in | § | |
| their official and individual capacities | § | |
| | § | |
| Defendants. | § | |

## ORDER REGARDING MOTION TO RECONSIDER

On this day, the court considered the "Motion to Reconsider Sanctions Order and to Present Evidence and Argument for the First Time Concerning the Court's Application of Inherent Sanctioning Power" ("Motion") [ECF No. 112], filed October 30, 2015 by Defendant The GEO Group, Inc. ("Defendant") and Shawn Fitzpatrick, counsel for Defendant. After due consideration, the court has determined it is necessary to review a full copy of the transcript of Plaintiff Lisa Velasquez Olivarez's ("Plaintiff") May 29, 2015 deposition.

Accordingly, Defendant is **ORDERED** to submit a full copy of Plaintiff's deposition transcript by **November 20, 2015**.

**SO ORDERED**.

**SIGNED** this **12th** day of **November, 2015**.

FRANK MONTALVO
UNITED STATES DISTRICT JUDGE