IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| LISA VELASQUEZ OLIVAREZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | EP-14-CV-00436-FM |
| | § | |
| THE GEO GROUP, INC., | § | |
| WARDEN RAUL TREVINO, | § | |
| WARDEN BRENT BEMENT, | § | |
| LUIS VALLADAREZ, and | § | |
| OFFICER FABIOLA CARRIZALES, in | § | |
| their official and individual capacities, | § | |
| | § | |
| Defendants. | § | |

## ORDER TO SHOW CAUSE

On this day, the court considered the status of the above-captioned case. On October 20, 2015, the court entered its "Order to Submit Dismissal Documents" ("Order") in this matter.[1] The Order states: "[T]he parties are **ORDERED** to submit dismissal documents no later than **November 10, 2015**." As of this date, dismissal documents have not been filed.

Accordingly, **IT IS ORDERED** that the parties **SHOW CAUSE** as to why they have failed to comply with the court's Order and **FILE** the required dismissal documents by **November 30, 2015**.

**SO ORDERED.**

**SIGNED** this **13th** day of **November**, **2015**.

_____
**FRANK MONTALVO**
**UNITED STATES DISTRICT JUDGE**

---

[1] *See* ECF No. 111.