```
Court Name: TEXAS WESTERN
Division: 3
Receipt Number: 300024493
Cashier ID: vmedina
Transaction Date: 11/17/2015
Payer Name: GEO CORRECTIONS HOLDINGS
---------------------------------
MISC FORF/SANCT/FINES/OTHER
 For: GEO CORRECTIONS HOLDINGS
 Amount:        $5,000.00
---------------------------------
PAPER CHECK
 Check/Money Order Num: 3098267
 Amt Tendered:  $5,000.00
---------------------------------
Total Due:      $5,000.00
Total Tendered: $5,000.00
Change Amt:     $0.00

SANCTION, DTXW314CV000436-FM
```