```
DUPLICATE

Court Name: TEXAS WESTERN
Division: 3
Receipt Number: 300024506
Cashier ID: vmedina
Transaction Date: 11/19/2015
Payer Name: SHARON CARDON AND COMP
----------------------------------
MISC FORF/SANCT/FINES/OTHER
 For: SHAWN K. FITZPATRICK
 Amount:         $1,000.00
----------------------------------
PAPER CHECK
 Check/Money Order Num: 004152
 Amt Tendered:  $1,000.00
----------------------------------
Total Due:      $1,000.00
Total Tendered: $1,000.00
Change Amt:     $0.00

SANCTION

SHAWN K. FITZPATRICK

DTXW314CV000436-FM
```