IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| LISA VELASQUEZ OLIVAREZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | EP-14-CV-00436-FM |
| | § | |
| THE GEO GROUP, INC., WARDEN | § | |
| RAUL TREVINO, WARDEN BRENT | § | |
| BEMENT, LUIS VALLADAREZ, and | § | |
| FABIOLA CARRIZALES, in their | § | |
| official and individual capacities, | § | |
| | § | |
| Defendants. | § | |

### ORDER VACATING SHOW CAUSE ORDER

On this day, the court considered the parties' "Response to Show Cause Order Regarding Filing of Dismissal Documents" ("Response") [ECF No. 118], filed November 30, 2015. The parties were previously ordered to show cause regarding their failure to timely file dismissal documents.[1] The parties state their untimeliness was "inadvertent, and . . . the product of [resolving] issues with the settlement document."[2] Furthermore, the Response describes the parties' efforts to finalize their settlement agreement in October and November of 2015, thereby indicating the parties diligently attempted to meet the deadline but were unable to do.[3]

After due consideration, the parties have demonstrated good cause for their untimeliness.

---

[1] "Order to Show Cause," at 1, ECF No. 114, entered Nov. 13, 2015; *see also* "Order to Submit Dismissal Documents," at 1, ECF No. 111, entered Oct. 20, 2015 (ordering the parties to file dismissal documents no later than November 10, 2015).

[2] Resp. 3 ¶ 1.8.

[3] *Id.* at 2 ¶¶ 1.3–1.6.

Accordingly, the "Order to Show Cause" [ECF No. 114] is **HEREBY VACATED**.

**SO ORDERED.**

**SIGNED** this **1st** day of **December**, **2015**.

*/s/ Frank Montalvo*
**FRANK MONTALVO**
**UNITED STATES DISTRICT JUDGE**