IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| LISA VELASQUEZ OLIVAREZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | EP-14-CV-00436-FM |
| | § | |
| THE GEO GROUP, INC., WARDEN | § | |
| RAUL TREVINO, WARDEN BRENT | § | |
| BEMENT, LUIS VALLADAREZ, and | § | |
| FABIOLA CARRIZALES, in their | § | |
| official and individual capacities, | § | |
| | § | |
| Defendants. | § | |

## ORDER GRANTING MOTION TO SUBSTITUTE CORRECTED DECLARATION

On this day the court considered the "Motion to Substitute Corrected Declaration in Support of Motion to Reconsider Sanctions Order and to Present Evidence and Argument for the First Time Concerning the Court's Application of Inherent Sanctioning Power" ("Motion to Substitute") [ECF No. 120], filed November 30, 2015 by Defendant The GEO Group, Inc. ("GEO") and counsel Shawn Fitzpatrick ("Fitzpatrick"). The Motion to Substitute seeks to attach a corrected declaration, enclosed with the Motion to Substitute at ECF No. 120-1, to GEO and Fitzpatrick's motion to reconsider sanctions.[1] GEO and Fitzpatrick state a declaration included with the earlier motion contains two typographical errors, and furthermore, those errors have been remedied in the corrected declaration.[2]

---

[1] Mot. Substitute 2; *see also* "Motion to Reconsider Sanctions Order and to Present Evidence and Argument for the First Time Concerning the Court's Application of Inherent Sanctioning Power," ECF No. 112, filed Oct. 30, 2015.

[2] Mot. Substitute 1–2 ¶¶ 2–4; *see also* "Declaration of Shawn Fitzpatrick," ECF No. 112-1.

After due consideration, the Motion to Substitute [ECF No. 120] is meritorious and is **HEREBY GRANTED**. The Clerk of the Court is **INSTRUCTED** to attach the "Corrected Declaration of Shawn Fitzpatrick," enclosed with the Motion to Substitute at ECF No. 120-1, to the "Motion to Reconsider Sanctions Order and to Present Evidence and Argument for the First Time Concerning the Court's Application of Inherent Sanctioning Power" [ECF No. 112].

**SO ORDERED.**

**SIGNED** this **2nd** day of **December**, **2015**.

_____
**FRANK MONTALVO**
**UNITED STATES DISTRICT JUDGE**